1  SEYFARTH SHAW LLP
   Jon D. Meer (SBN 144389)
2  Email: jmeer@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone:    (310) 277-7200
4  Facsimile:    (310) 551-8324

5  SEYFARTH SHAW LLP
   Brandon McKelvey (SBN 217002)
6  Email: bmckelvey@seyfarth.com
   Julie G. Yap (SBN 243450)
7  Email: jyap@seyfarth.com
   400 Capitol Mall, Suite 2350
8  Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
9  Facsimile:    (916) 558-4839

10 Attorneys for Defendants
   C&S WHOLESALE GROCERS, INC. and
11 TRACY LOGISTICS LLC

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  CASEY CAGLE; an individual, | Case No. 2:13-CV-02134-GEB-EFB |
| 17                Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 18       v. | |
| 19  C&S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown entity; and DOES 1 through 100, inclusive, | Date:    November 18, 2013<br>Time:    9:00 a.m.<br>Crtrm:   10, 13th Floor |
| 20 | |
| 21                Defendants. | Before The Hon. Garland E. Burrell, Jr. |
| 22 | |

23

24       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

25       PLEASE TAKE NOTICE that on November 18, 2013 at 9:00 a.m., or as soon thereafter

26 as the matter may be heard in the above-entitled Court located at 501 I Street, Sacramento,

27 California 95814, that Defendants C&S Wholesale Grocers, Inc. and Tracy Logistics LLC

28 ("Defendants") will and hereby do move the Court for an Order dismissing each of Plaintiff's

1

claims against them.  This motion is made under Federal Rule of Civil Procedure 12(c) on the grounds that the Complaint fails to state a claim upon which relief can be granted against the moving Defendants.  Specifically, the Complaint should be dismissed because Plaintiff's claims are barred by the doctrine of judicial estoppel.

Defendants' motion is based on this Notice and Motion, the Memorandum of Points and Authorities and all the pleadings and papers on file in this action, and upon such argument and evidence as may be presented to the Court at the hearing of this matter.

DATED: October 16, 2013

Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ Julie G. Yap
    Jon D. Meer
    Brandon McKelvey
    Julie G. Yap

Attorneys for Defendants
C&S WHOLESALE GROCERS, INC. and
TRACY LOGISTICS LLC