LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY CAGLE; an individual; | Case No. 2:13-cv-02134-MCE-KJN |
| Plaintiff, | Honorable Morrison C. England, Jr.<br>Courtroom 7, 14th Floor |
| vs. | **CLASS ACTION** |
| C & S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive; | **ORDER GRANTING PLAINTIFF CASEY CAGLE'S REQUEST TO SEAL DOCUMENTS** |
| Defendants. | |

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

# ORDER

For good cause shown, Plaintiff Casey Cagle's Notice of Motion and Motion to Remand Pursuant to 28 U.S.C. ¶1447; Memorandum of Points and Authorities in Support Thereof and the Declaration of Jonathan M. Lebe in Support of Plaintiff's Motion to Remand shall be filed under seal.

**IT IS SO ORDERED.**

**Dated: November 21, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

**ORDER GRANTING PLAINTIFF CASEY CAGLE'S
REQUEST TO SEAL DOCUMENTS**